Case 1:25-mj-00194-GMH   Document 1-1

Case: 1:25-mj-00194
Assigned To : Judge Harvey, G. Michael
Assign. Date : 8/31/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. On Saturday, August 30, 2025, at approximately 8:25 p.m., United States Secret Service ("USSS") officers observed an unoccupied grey Volvo XC90, bearing Maryland tag 9GH8027 (the "Volvo"), parked on the side of the road in front of 3534 East Capital Street NE, in the District of Columbia.

2. While standing outside of the driver's side door and using a flashlight, your affiant observed two firearms located in plain view on the driver's seat floorboard area of the Volvo. Based on my training and experience, I know that District of Columbia law prohibits the unsecured transport and storage of pistols in vehicles.

3. Officers subsequently gained access to the Volvo and conducted a search, during which officers located and seized two loaded firearms from the front driver's side floorboard. The firearms were determined to be (1) a Kahr Arms CM9 9mm firearm, Serial No. IQ3722, loaded with five rounds of 9mm caliber ammunition, and (2) a Smith & Wesson M&P Shield .45 caliber firearm, Serial No. JEP2624, loaded with seven rounds of .45 caliber ammunition.

4. Officers located a photo identification card bearing the name "BARRY BANKS," with a photograph of BANKS' face, hanging from the headrest on the front of the driver's seat of the Volvo. Vehicle registration records reveal that the vehicle was registered to a "Laura Carpenter."

5. Law enforcement interviewed a witness ("WITNESS-1"), who provided that WITNESS-1 observed BANKS arrive at the location in the Volvo at approximately 5:30 p.m. that day and exit the driver's seat of the vehicle. Additionally, law enforcement interviewed another witness ("WITNESS-2") who provided that the Volvo was driven by BANKS and believed that a woman named "Lora" was the owner. WITNESS-2 further stated that BANKS was the only person who drove the Volvo and that anything inside of the vehicle belonged to BANKS.

6. Law enforcement located BANKS inside of the lobby of a nearby apartment building, where he was initially detained. After additional investigation on scene, BANKS was placed under arrest.

7. Court records reveal that BANKS was previously convicted of Unlawful Distribution of One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine (PCP), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iv), in Case No. 16-CR-236 (RCL) in the United States District Court for the District of Columbia. On May 21, 2018, Banks was sentenced to 96 months of imprisonment and 5 years of supervised release for this conviction. According to BOP Inmate Locator, BANKS was released from custody on May 14, 2024.[1] Officers have reason to believe he is currently on supervised release as well.

8. Therefore, BANKS was aware at the time of his arrest in this case that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

---

[1] https://www.bop.gov/inmateloc/.

9.   There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

10.   Based on the above information, there is probable cause to believe that, on August 30, 2025, in the District of Columbia, BARRY BANKS committed the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1).

OFFICER NATHANIEL KONIECZKA (#2866)
UNITED STATES SECRET SERVICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 31, 2025.*

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE